UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMELL EASON, | No. 2:16-cv-0306 CKD P |
| Plaintiff, | |
| v. | ORDER |
| WAL-MART CORPORATION, | |
| Defendant. | |

Plaintiff , a federal prisoner proceeding pro se, asserts diversity jurisdiction pursuant to 28 U.S.C. § 1332. Plaintiff is housed at the United States Penitentiary, Lompoc, in Santa Barbara County. Defendant Wal-Mart is headquartered in Bentonville, Arkansas. Plaintiff alleges that, in 2012, an armed security guard employed by Wal-Mart shot and injured plaintiff after plaintiff attempted an armed robbery in a Wal-Mart parking lot in Sacramento. Plaintiff names the Wal-Mart Corporation as the sole defendant.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal

1

jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

Venue of this action is technically appropriate in the Eastern District of California because the event giving rise to plaintiff's claim occurred in Sacramento. Nevertheless, the court is transferring this action to Western District of Arkansas pursuant to 28 U.S.C. § 1404(a) in the interests of justice because the sole defendant is headquartered in that district, and because plaintiff does not reside in the Eastern District of California.

IT IS THEREFORE ORDERED that this action is transferred to the Western District of Arkansas.

Dated: February 26, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / easo0306.21