1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RAYMELL EASON                          No.  2: 16-cv-1876 KJM GGH
12                 Plaintiff,
13        v.                                ORDER
14   WAL-MART CORPORATION,
15                 Defendant.
16
17                       PROCEDURAL HISTORY
18          The Complaint in this matter was initially filed in this court on February 16, 2016 by
19   plaintiff, who is an inmate in the U.S. Penitentiary located in Lompoc, Ca.  ECF No. 1.  On
20   February 26, 2016, the matter was transferred to the Western District of Arkansas by Magistrate
21   Judge Carolyn K. Delaney.  ECF Nos. 4, 5.  The District of Arkansas granted IFP status to
22   plaintiff on March 29, 2016.  ECF No. 7.  A summons was returned executed by defendant on
23   April 28, 2016, ECF No. 9, and an Answer to the Complaint was filed on May 10, 2016.  ECF
24   No. 11.  Bruce Crawford from the law firm of Mitchell, Williams, Selig, Gates & Woodyard,
25   P.L.L.C. appeared as attorney for defendant.  ECF No. 13.  On August 8, 2016, the Western
26   District of Arkansas transferred the case back to this District, ECF No. 17, and the matter was
27
28
                                          1

1   docketed here on August 9, 2016,  ECF No. 18, at which time New Case Documents were issued

2   outlining the procedures to be followed to pursue the litigation in this court.  ECF No. 19.

3         The new Case Documents required the parties to meet and confer regarding the automatic

4   discovery disclosures required by Federal Rule of Civil Procedure 26, and within 30 days after

5   the Complaint was Answered, and to file a Joint Status Report 14 days thereafter.  In light of the

6   fact that the Answer had been filed months before, the logical interpretation of the direction found

7   in the Order was that the actions required would be addressed within 30 days of the service of the

8   Order.  However, on August 16, 2016 – within the 30 day response required by the Order, a

9   Substitution of Attorney Request was filed by defendant's counsel.  ECF No. 20.  That Request

10   was granted by an Order signed on August 19, 2016, identify Colleen R. Howard of the law firm

11   of Porter Scott as the new attorney.  ECF No. 21.  No action has been taken by the parties to

12   address the issues required by the August 9, 2016 Order served on all counsel.  ECF No. 19.

13         To assist the parties in meeting their obligations, the court is providing a copy of the

14   foregoing order and accompanying documents with this Order.

15   **IT IS THEREFORE ORDERED THAT**:

16         1.     The parties shall meet and confer about the Rule 26 automatic disclosures they will

17   each make within 30 days of the date of this Order, or by November 25, 2016;

18         2.     The parties shall submit a Joint Status Report addressing the subjects listed in 3(a)-

19   (m) of that Order within 14 days of completing their meet and confer efforts and file it with court

20   on or before December 9, 2016.

21         3.     The parties shall also complete the consent form provided to them.

22         4.     The Clerk of the Court shall serve a copy of ECF No. 19, and the court's consent

23   form together with this Oder.

24   **IT IS SO ORDERED.**

25   Dated: October 31, 2016

26                      /s/ Gregory G. Hollows
                  UNITED STATES MAGISTRATE JUDGE

27

28