UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMELL EASON,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Case No. 2:16-cv-01876-KJM-GGH<br><br>**ORDER GRANTING WAL-MART STORES, INC.'S *EX PARTE* APPLICATION TO CONTINUE DEADLINES TO MEET AND CONFER FOR FEDERAL RULE OF CIVIL PROCEDURE 26 DISCLOSURES AND FILE THE JOINT STATUS REPORT**<br><br>Judge:              Hon. Kimberly J. Mueller<br>Magistrate Judge:  Hon. Gregory G. Hollows |

On or about November 17, 2016, defendant Wal-Mart Stores, Inc. filed an *ex parte* application seeking an Order continuing deadlines from the Court's October 31, 2016 Order [Dkt. 22]. After reviewing Wal-Mart's application, and good cause appearing therefor,

THE COURT ORDERS AS FOLLOWS:

1.     The Court hereby vacates the deadlines set forth in its Order dated October 31, 2016 [Dkt. 22];

2.     The parties must meet and confer about Federal Rule of Civil Procedure 26 automatic disclosures by December 30, 2016; and

3.     The parties must submit a Joint Status Report within 14 days of the meet and confer and to file it with the Court on or before January 13, 2017.

IT IS SO ORDERED.

Dated: November 20, 2016

                                          /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE