UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMELL LAMAR EASON,<br><br>Plaintiff,<br><br>v.<br><br>WAL MART STORES, INC.,<br><br>Defendant. | No. 2:16-cv-1876 KJM GGH<br><br><br><br>ORDER |

Plaintiff brings this civil rights action acting pro se. Defendant currently has a Motion for Judgment on the Pleadings pending that is scheduled for hearing on June 15, 2017, before the undersigned. On April 21, 2017, plaintiff filed a pleading titled "Addendum to Complaint" in which he purports to add two additional Claims, one for Battery and one for Malice. ECF No. 39.

Federal Rule of Civil Procedure 7 lists the pleadings that are recognized by federal district courts as follows:

    (a)    Pleadings. Only these pleadings are allowed:

           (1)    a complaint;[1]

           (2)    an answer to a complaint;

           (3)    an answer to a counterclaim designated as a counterclaim;

---

[1] An Amended Complaint is still a "Complaint" within the meaning of this Rule.

1

(4) an answer to a crossclaim;

(5) a third-party complaint;

(6) an answer to a third-party complaint; and

(7) if the court orders one, a reply to an answer.

There is no provision under this Rule for a document entitled "an Addendum." If, therefore, the plaintiff seeks to add claims to his original Complaint, he must do so through an Amended Complaint properly drafted and identified as such.

In light of the foregoing **IT IS ORDERED THAT** plaintiff' "Addendum to Complaint," ECF No. 39, shall be stricken.

. **IT IS SO ORDERED.**

Dated: May 1, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE