UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMELL LAMAR EASON,<br><br>Plaintiff,<br><br>v.<br><br>WAL MART STORES, INC.,<br><br>Defendant. | No. 2:16-CV-01876<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding with this civil rights complaint pro se and in forma pauperis. On March 28, 2017 defendant filed a Motion for Judgment on the Pleadings which was set for hearing before the undersigned on June 15, 2017. ECF No. 38. Under Eastern District of California Local Rule 230(c) plaintiff, as responding party, was required to file either an Opposition Memorandum, or a Statement of Non-Opposition, to the Motion on or before June 1, 2017; plaintiff has filed neither.

Plaintiff shall, within fourteen (14) days of the filing of this order, show cause why his action should not be dismissed on the ground that defendant's Motion was unopposed in violation of court rules *and* file an Opposition simultaneously. Failure to respond timely appropriately to this Order to Show Cause shall produce the same result -- a recommendation that plaintiff's complaint be dismissed.

This action makes it is necessary to vacate the court's calendar of June 15, 2017 to allow

1

1 | plaintiff sufficient time to respond.  The court will reschedule the hearing if appropriate upon
2 | receipt of plaintiff's pleading, if any.

In light of the foregoing, IT IS THEREFORE ORDERED THAT:

1. Plaintiff shall show cause within fourteen (14) days of the filing of this order;

2. Plaintiff shall simultaneously file an Opposition to defendant's pending Motion for Judgment on the Pleadings;

3. The Clerk shall remove this matter from the court's calendar of June 15, 2017.

**IT IS SO ORDERED.**

Dated: June 7, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE